# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130247

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE CITY OF ROCHESTER,
Plaintiff-Appellee,

v

BARBARA FISHER,
Defendant-Appellant.

SC: 130247
COA: 263985
Oakland CC: 05-008259-AR

_____/

On order of the Court, the application for leave to appeal the December 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

t0424